Michael GENOVA, et al., Respondents,

v.

POLLUTION CONTROL INDUSTRIES OF AMERICA, et al., Appellants.

No. WD 48163.

Missouri Court of Appeals,
Western District.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied
June 21, 1994.

John J. Hager, Kathleen A. McNamara, Jolley, Walsh & Hager, P.C., Kansas City, for respondents.

Gary A. Schafersman, Julie J. Gibson, Niewald, Waldeck & Brown, Kansas City, for appellants.

**660**

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### *ORDER*

PER CURIAM:

This is an appeal from a motion for summary judgment on a note to purchase real estate. Appellant asserts the court erred on the grounds; 1) it lacked personal jurisdiction because the suit involved title to Kansas real estate, and 2) holding the parol evidence rule defeated its defenses. This court affirms. Rule 84.16(b).